**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| CRAIG COUTURIER, | § | Case No.: 2:19-cv-12497 |
| | § | |
| *Plaintiff*, | § | |
| | § | JUDGE IVAN L.R. LEMELLE |
| v. | § | |
| | § | |
| C. R. BARD, INC. and BARD | § | |
| PERIPHERAL VASCULAR, INC., | § | |
| | § | MAGISTRATE JUDGE |
| *Defendants*. | § | DONNA PHILLIPS CURRAULT |

**PLAINTIFF'S MOTION FOR**
**PARTIAL SUMMARY JUDGMENT**

Plaintiff Craig Couturier ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 56, hereby moves the Court for an Order granting partial summary judgment on the following affirmative defenses pled by Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc. in their Answer to Plaintiff's Complaint (ECF Doc. 25):

(1)     Sole proximate cause (ECF Doc. 25-1 at ¶2);

(2)     Assumption of the risk (*Id.* at ¶¶4, 21);

(3)     Failure to mitigate (*Id* at ¶4);

(4)     Contributory negligence and/or comparative fault of Plaintiff (Defendants' Tenth Additional Affirmative Defense);

(5)     Comparative fault of non-parties (Defendants' Eleventh Additional Affirmative Defense); and

(6)     Superseding and/or intervening cause (ECF Doc. 25-1 ¶¶9, 19).

As to each of the foregoing defenses, there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law.

1

WHEREFORE, Plaintiff prays for entry of Partial Summary Judgment in her favor as to each enumerated affirmative defense.

Respectfully submitted, this 10th day of May 2021.

**MARTIN BAUGHMAN, PLLC**

Respectfully submitted:

*/s/ Ben C. Martin*
Ben C. Martin (*pro hac vice)*
3141 Hood Street, Suite 600
Dallas, Texas 75219
Phone: (214) 761-6614
Fax: (214) 744-7590
bmartin@martinbaughman.com

-and-

JOSEPH JOY & ASSOCIATES
Joseph R. Joy, III
P. O. Box 4929
900 South College Road
Suite 204
Lafayette, LA 70502
Phone: (337) 232-8123
Fax: (337) 235-5629
buzzyjoy@josephjoy.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Ben C. Martin*
Ben C. Martin