UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG COUTURIER,**<br><br>Plaintiff,<br><br>v.<br><br>**BARD PERIPHERAL VASCULAR, INC. AND C. R. BARD, INC.,**<br><br>Defendants. | **CASE NO. 2:19-cv-12497**<br><br>**JUDGE IVAN L.R. LEMELLE**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

### REQUEST FOR ORAL ARGUMENT

**PLEASE TAKE NOTICE** that Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., pursuant to Local Rule 78.1, request oral argument on Defendants' Motion for Summary Judgment, which is noticed for submission on the 9th day of June, 2021, at 9:00 a.m., before the Honorable Ivan L.R. Lemelle, District Judge of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, or via remote video or audio conference, at the Court's preference, on the grounds that oral argument will assist the Court in reaching a determination on the Motion.

[SIGNATURE BLOCKS ON NEXT PAGE]

Dated: May 13, 2021

Respectfully Submitted:

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen (*pro hac vice)*
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
cohenl@gtlaw.com

Sylvia E. Simson (*pro hac vice*)
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9275
simsons@gtlaw.com

-and-

**IRWIN FRITCHIE URQUHART**
**& MOORE, LLC**
KIM E. MOORE (#18653)
DAVID M. MELANCON (#23216)
KELLY JUNEAU ROOKARD (#30573)
ALISON A. SPINDLER (#34103)
BRIAN G. REANEY, II (#38382)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
kmoore@irwinllc.com
dmelancon@irwinllc.com
kjuneau@irwinllc.com
aspindler@irwinllc.com
breaney@irwinllc.com

*Counsel for Defendants Bard Peripheral Vascular, Inc. and C. R. Bard, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of May 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. The motion was originally filed on May 10, 2021 and is now being refiled per the Clerk of Court's directive.

                                             */s/ Lori G. Cohen*
                                               Lori G. Cohen