# EXHIBIT CC

# "January 8, 2021 Rule 26 Expert Report of Dr. Timur Sarac"— Filed Under Seal as Exhibit CC