# EXHIBIT DD

# "March 5, 2021 Deposition Transcript of Dr. Timur Sarac" — Filed Under Seal as Exhibit DD