# EXHIBIT EE

# "January 8, 2021 Rule 26 Expert Report of David Poll, M.D." — Filed Under Seal as Exhibit EE