# EXHIBIT FF

# "March 12, 2021 Deposition Transcript of David Poll, M.D." — Filed Under Seal as Exhibit FF