```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**CRAIG COUTURIER**                                              **CIVIL ACTION**

**VERSUS**                                                       **NO. 19-12497**

**BARD PERIPHERAL VASCULAR,**                                    **SECTION: "B"(2)**
**INC. AND C.R. BARD, INC.**

<u>**ORDER**</u>

Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s motions for leave to exceed page limit (Rec. Doc. 271) and to file exhibits under seal (Rec. Doc. 273), and plaintiff Craig Couturier's motion for leave to file exhibits under seal (Rec. Doc. 275) are **GRANTED**.

**IT IS ORDERED** that defendant Bard is granted leave to exceed the page limit imposed by Local Rule 7.7 for their memorandum in opposition to plaintiff's omnibus motion *in limine* (Rec. Doc. 271-3).

**IT IS FURTHER ORDERED** that the following exhibits submitted in support of defendants' opposition to plaintiff's motions *in limine* shall be **FILED UNDER SEAL subject to later changes:**

- A true and correct copy of the Deposition of William R. Little, taken July 27, 2016;

- A true and correct copy of Ex. 2005 to the Deposition of William R. Little, taken July 27, 2016;

- A true and correct copy of Janet Hudnall's Deposition Transcript dated November 1, 2013;

- A true and correct copy of the trial transcript of the *Booker v. C. R. Bard, Inc.*, MD-15-02641-PHX-DGC, Trial Tr. Day 10 (D. Ariz. Mar. 28, 2018);

- A true and correct copy of the trial transcript of the *Hyde v. C. R. Bard, Inc.*, MD- 15-02641-PHX-DGC, Trial Tr. Day 9 (D. Ariz. Sept. 28, 2018);

- A true and correct copy of the Alternative Life Care Plan for Craig Couturier, prepared by Beth Greenbaum, Ph.D., M.Ed., CLCP, CRC, served on January 8, 2021;

- True and correct copies of all consent forms signed by Plaintiff's wife, Mrs. Melissa Couturier, the Consent to Administration of Blood and/or Blood Components, Acknowledgement of Patient Consent (1), Information About Blood Transfusions – Patient Information, Conscious Sedation, Acknowledgment of Patient Consent (2), Patient Consent to Medical Treatment or Surgical Procedure, Consent, Consent Form Attachment, and Acknowledgment of Patient Consent (3);

- A true and correct copy of the Deposition of Frederick B. Rogers, M.D., dated July 18, 2017;

- A true and correct copy of the Deposition of Dr. Suzanne Parisian, taken September 25, 2014;

- A true and correct copy of the Expert Report of Donna-Bea Tillman, Ph.D., MPA, FRAPS, dated April 14, 2017; and

- A true and correct copy of the Trial Transcript Day 8 in Booker v. C. R. Bard, Inc. (In re Bard IVC Filters Prods. Liab. Litig.), No. 2:15-md-02641-DGC (D. Ariz. Mar. 26, 2018).

**IT IS FURTHER ORDERED** that the following exhibits in support of plaintiff's response to defendants' motions *in limine* shall be **FILED UNDER SEAL subject to later changes:**

- Exhibits 1 and 4 Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 1. (Rec. Doc. 274)

- Exhibits 1, 2, 4, 5, 7, 18, 19, 23 and 24 Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 3. (Rec. Doc. 263)

- Exhibits 7, 16, 18, and 19 to Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 5. (Rec. Doc.268).

- Exhibits 2 and 3 to Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 6. (Rec. Doc. 264).

- Exhibits 5, 6, 9, 15, 16, 18, 20, 23, 24, 25, 26, 27, 28, and 29, to Plaintiff's Response in Opposition to Defendants' Motion *in Limine* No. 18. (Rec. Doc. 266).

New Orleans, Louisiana this 9th day of July, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE