MINUTE ENTRY
LEMELLE, J.
JULY 19, 2021

JS10: 08:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRAIG COUTURIER | CIVIL ACTION |
| VERSUS | NO. 19-12497 |
| C.R. BARD INC., ET AL | SECTION: B (2) |

## JURY TRIAL

Courtroom Deputy: Dena White and Cherie Stouder
Court Reporter:    Karen Ibos (AM) and  Nichelle Wheeler (PM)

APPEARANCES:    Cameron Dean, Jason Voelke, Laura Baughman and Nelson Wagar, III, Counsel for Craig Couturier
David Melancon, Joseph Griffith, Kelly Rookard, Lori Cohen, Sabrina Gallo and Sean Jessee, Counsel for C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Start at 8:34 a.m.
Case called. All present and ready.
Defendants' witness: Timur Sarac, M.D., sworn, testified.
Court accepts expert witness designation of Dr. Sarac.
Jury removed from the courtroom.
LUNCH:  1:52 p.m. to 2:57 p.m.
Jury returned to the courtroom.
Defendants' witness: Timur Sarac, M.D., testimony continued.
Court discussed Juror notes with counsel and responded on the record. Juror notes Ordered entered into the record.
Defendants' witness: Ronald Thisted, Ph.D., sworn, testified.
Court accepts expert witness designation of Dr. Thisted.
Jury excused to return on July 20, 2021.
Court rules on witness testimony objections for reasons stated on the record.
Court recessed until 8:30 a.m. on July 20, 2021.
End: 5:39 p.m.