~~Do you have Paltents w/ Other~~ Devices ~~that~~ you follow ~~where~~

Juror 1

1) Is a hand pump for the dye when ~~impt~~ implanting an IVC filter hard to reach 800 psi ?

2) What about the paltent that would indicate permanant use of a filter?

3) Is there anything the paltent can do to ~~improve~~ clotting issues.

1) Do you have paitents with other Devices that you follow where you monitor breakages for ~~[illegible]~~ movement.

2) Is a hand pump for the dye for the installation of the IVC Filter really hard to hit 800 psi

~~What is the typical time~~

3) What about the paitent that would indicate permanent use for a filter?

4) Is there anything the paitent can do to improve ~~[illegible]~~ clotting issues.

(9)

Is it ever sufficient to "eyeball" the IVC to determine if there is a mega cava? i.e. must the IVC always be measured to determine megacava?

[illegible]

(9)

Have all of the struts been accounted for &/or located?

I/A propose to ask

Juror 7

Is there a strut in psoas.