UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CRAIG COUTURIER                              CIVIL ACTION

VERSUS                                       NO. 19-12497

BARD PERIPHERAL VASCULAR,                    SECTION: "B"(2)
INC. AND C.R. BARD, INC.

## VERDICT FORM

### QUESTION 1: DESIGN DEFECT CLAIM

a. Do you find by a preponderance of the evidence that the Eclipse Filter was unreasonably dangerous in design?

____ Yes          ✓ No

*If your answer to Question 1(a) is "YES," answer Question 1(b). If your answer to Question 1(a) is "NO," proceed directly to Question 2.*

b. Do you find by a preponderance of the evidence that the unreasonably dangerous design of the Eclipse Filter proximately caused injury to plaintiff to a degree of medical probability?

____ Yes          ____ No

*Proceed directly to Question 2.*

1

## QUESTION 2: FAILURE TO WARN CLAIM

a. Do you find by a preponderance of the evidence that the Eclipse Filter was unreasonably dangerous because an adequate warning was not provided to Dr. Jose Mena?

_____ Yes          ✓ No

*If your answer to Question 2(a) is "YES," answer Question 2(b). If your answer to Question 2(a) is "NO," then proceed to end of form and have foreperson sign and date the form.*

b. Do you find by a preponderance of the evidence that Bard's failure to provide an adequate warning to Dr. Jose Mena proximately caused injury to plaintiff to a degree of medical probability?

_____ Yes          _____ No

*If ~~your answer to~~ Question 2(b) is "NO," then proceed to en~~d of form and have foreperson date~~ and sign the form.*

New Orleans, Louisiana this 22nd day of July, 2021

_____
FOREPERSON

2