**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

CRAIG COUTURIER                                    CIVIL ACTION

VERSUS                                             NO. 19-12497

BARD PERIPHERAL VASCULAR,                          SECTION: "B"(2)
INC. AND C.R. BARD, INC.

## FINAL JUDGMENT

Pursuant to the Order and Reasons granting in part defendants' Motion for Summary Judgment (Rec. Doc. 303), as orally amended later, and the jury verdict rendered on July 22, 2021 on the remainder of plaintiff's claims relative to design defect and warnings, (Rec. Doc. 334),

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants Bard Peripheral Vascular, Inc. and C.R. Bard, Inc. and against plaintiff Craig Couturier, dismissing all claims.

New Orleans, Louisiana this 23rd day of July, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE